**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | *   CRIMINAL NO. **B-04-267-01** |
| **Monica Vasquez** | |

## O R D E R

BE IT REMEMBERED on this 13th day of April, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **November 18, 2004**, wherein the defendant **Monica Vasquez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Monica Vasquez**  to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant **Monica Vasquez guilty of the offense of possession with the intent to distribute a quantity exceeding 50 kilograms, that is approximately 80 kilograms of marihuana, in violation of 21 USC 841(a)(1) and 841(b)(1)(C) and 18 USC2.**

SIGNED this the  13th day of April, 2005.

Andrew S. Hanen
United States District Judge